[No. 60583-6-I.   Division One.   May 5, 2008.]

*In the Matter of the Marriage of* BRIAN M. SMITH, *Respondent*, and SUSAN D. RUBSTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-08052-9, Joan B. Allison, J. Pro Tem., entered June 28, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60692-1-I.   Division One.   May 5, 2008.]

*In the Matter of the Parentage of* A.G.

JAMES DAVID GRINSTEAD-TULIP, *Respondent*, v. MICHELLE LOUISE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-5-00299-1, Ira Uhrig, J., entered September 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 35315-6-II.   Division Two.   May 6, 2008.]

*In the Matter of the Marriage of* JAMES T. BAHR, *Appellant*, and ANDREA M. BAHR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-02124-8, Katherine M. Stolz, J., entered August 4, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 35708-9-II.   Division Two.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN DUANE OTT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-01307-1, Chris Wickham, J., entered December 20, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.